USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANETTE E. AJASIN,

                Plaintiff,

      v.

ANTONIO ORTIZ, COACH LEASING, INC. AND COMMUNITY COACH,

                Defendants.

No. 19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the extension of time to complete fact discovery, the post-discovery conferenced scheduled for January 24, 2020 is hereby adjourned to March 20, 2020 at 10:45 a.m.

SO ORDERED.

Dated:    January 13, 2020
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge