UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/16/2020

JANETTE E. AJASIN,

           Plaintiff,

v.

ANTONIO ORTIZ, COACH LEASING, INC., AND COMMUNITY COACH,

           Defendants.

19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       In light of the Revised Case Management Plan and Scheduling Order entered on March 12, 2020, the post-discovery conference currently scheduled for March 20, 2020 is hereby adjourned to June 19, 2020 at 11:45 a.m.

SO ORDERED.

Dated:    March 16, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge