UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-11-20

JANETTE E. AJASIN,

      Plaintiff,

v.

ANTONIO ORTIZ, COACH LEASING, INC., AND COMMUNITY COACH,

      Defendants.

19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  In light of the Revised Case Management Plan and Scheduling Order entered on June 10, 2020, the post-discovery conference currently scheduled for June 19, 2020 is hereby adjourned to October 23, 2020 at 11:30 a.m.

SO ORDERED.

Dated: June 11, 2020
    New York, New York

                RONNIE ABRAMS
                United States District Judge