UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANETTE E. AJASIN,

                Plaintiff,

      v.

ANTONIO ORTIZ, COACH LEASING, INC., AND COMMUNITY COACH,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/6/2021

19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Revised Case Management Plan and Scheduling order entered by Judge Cott on January 5, 2020, *see* Dkt. 48, the post-discovery conference scheduled for Friday, January 15, 2021 is hereby adjourned to April 23, 2021 at 11:30 a.m. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. The conference will be held by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:    January 6, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge