```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANETTE E. AJASIN,

                Plaintiff,

       v.

ANTONIO ORTIZ, COACH LEASING, INC., AND COMMUNITY COACH,

                Defendants.

19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A post-discovery conference was previously scheduled for April 23, 2021 at 11:30 a.m. *See* Dkt. 49. Due to a scheduling conflict, and in light of the fact that Judge Cott has granted the parties' request for an extension of discovery in order to complete Dr. Dassa's deposition, *see* Dkt. 60, the conference is hereby adjourned to May 14, 2021 at 3:30 p.m. The parties shall submit a joint letter no later than May 7, 2021 updating the Court on the status of this case, including whether either party intends to file a dispositive motion. The conference shall be held by teleconference, using the following call-in information: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    April 19, 2021
             New York, New York

                                                            RONNIE ABRAMS
                                                              United States District Judge