USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANETTE AJASIN,

                        Plaintiff,

        v.

ANTONIO ORTIZ, *et al.*,

                        Defendants.

19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, Defendants' motion for summary judgment shall be due July 20, 2021; Plaintiff's opposition shall be due August 31, 2021; and Defendants' reply shall be due September 15, 2021.

SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge