UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022

JANETTE E. AJASIN,

                          Plaintiff,

            v.

ANTONIO ORTIZ and COMMUNITY
COACH,
                          Defendants.

No.  19-CV-6814 (RA) (JLC)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument is scheduled in this case for February 10, 2022 at 11:00 a.m.  *See* Dkt. 76.  The argument will be conducted virtually via Microsoft Teams videoconference.  Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 237 848 346.

The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:        January 31, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge