UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/01/2022
```

JANETTE E. AJASIN,

                Plaintiff,

      v.

ANTONIO ORTIZ and COMMUNITY COACH,

                Defendants.

No. 19-CV-6814 (RA) (JLC)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, oral argument in this case is hereby rescheduled for February 11, 2022 at 12:30 p.m. The argument will be conducted virtually via Microsoft Teams videoconference. Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 237 848 346.

    The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:    February 1, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge