UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/07/2022

JANETTE E. AJASIN,

               Plaintiff,

v.

ANTONIO ORTIZ and COMMUNITY COACH,

               Defendants.

No. 19-CV-6814 (RA) (JLC)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument in this case is scheduled for February 11, 2022 at 12:30 p.m. The dial-in information for public access to the virtual proceeding has been updated. Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 101 514 776.

    The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:    February 7, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge