```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANETTE E. AJASIN,

                    Plaintiff,

      v.

ANTONIO ORTIZ AND COMMUNITY COACH,

                    Defendants.

No. 19-CV-6814 (RA) (JLC)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at today's conference, Defendants' motion for summary judgment is denied. By the end of the day on February 14, 2022, the parties shall file a letter proposing potential dates for trial and estimating its length.

    The Clerk of Court is respectfully directed to terminate the motion pending at Docket 69.

SO ORDERED.

Dated:    February 11, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge