```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANETTE E. AJASIN,

                Plaintiff,

v.

ANTONIO ORTIZ AND COMMUNITY COACH,

                Defendants.

No. 19-CV-6814 (RA) (JLC)

ORDER

RONNIE ABRAMS, United States District Judge:

The following is hereby ORDERED:

The parties shall be prepared to try this case on July 25, 2022. The Court notes, however, that although it will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time. In any event, in accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by June 20, 2022; any oppositions shall be filed by June 27, 2022; and any replies shall be filed by July 11, 2022. A final pretrial conference is scheduled for July 18, 2022 at 4:30 p.m.

SO ORDERED.

Dated: February 16, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge