UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/11/2022
```

JANETTE E. AJASIN,

                          Plaintiff,

v.

ANTONIO ORTIZ and COMMUNITY COACH,

                          Defendants.

No. 19-CV-6814 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      By Order dated February 16, 2022, the Court scheduled the final pretrial conference in this case for July 18, 2022 and directed the parties to be prepared to try the case on July 25, 2022. Due to a scheduling conflict, the final pretrial conference is hereby adjourned to July 19, 2022 at 4:30 p.m. By no later than July 15, 2022, the parties shall submit a joint letter advising the Court as to whether they prefer to hold the conference in person or remotely via videoconference.

      Trial in this matter shall begin on Tuesday, July 26, 2022.

SO ORDERED.

Dated:      July 11, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge