USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANETTE E. AJASIN,

                      Plaintiff,

        v.

ANTONIO ORTIZ and COMMUNITY COACH,

                      Defendants.

No. 19-CV-6814 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's conference and will be articulated further, IT IS HEREBY ORDERED that:

Defendants' motion in limine is granted.

Plaintiff's motion in limine is granted in part and denied in part. The Court grants Plaintiff's motion with respect to testimony regarding the following subjects: (1) Ms. Ajasin's 2001 participation in a class action lawsuit related to potential asbestos exposure; (2) her prior ticket for using a cell phone while driving; (3) the suspension of her license due to an outdated registration; and (4) her participation in an accident-prevention course. The remainder of the applications in Plaintiff's motion in limine, including those regarding the evidence of her prior injuries, are hereby denied.

Plaintiff's objections to Defendants' proposed Exhibits H through S, W, and X are overruled. Her objections to Defendants' Exhibits T and U, however, are sustained. The Court is reserving its ruling as to Exhibit V. To the extent either party seeks or intends to redact sensitive information from any of the exhibits, they shall confer and jointly propose such redactions. Any disputes that arise with respect to the redactions shall be raised with the Court by no later than 12:00 p.m. on Monday, July 25, 2022.

Finally, Defendants' objections to Plaintiff's claims for past and future medical expenses are overruled.

SO ORDERED.

Dated:   July 22, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge

2