USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANETTE E. AJASIN,

                            Plaintiff,

      v.

ANTONIO ORTIZ and COMMUNITY COACH,

                            Defendants.

No. 19-CV-6814 (RA)(JLC)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court has received the parties' objections to the verdict sheet. By the end of the day today, the parties shall file letters in response to the following two questions:

(1) Under the New York No-Fault Law, can a jury award a plaintiff damages for past and future medical expenses and/or nominal damages if it finds that the plaintiff did not sustain a serious injury? If so, Defendants shall further explain their position with respect to the directions following Question 6.

(2) If the jury were to find that the plaintiff sustained a serious injury, must it award a minimum of nominal damages?

The Court understands that there are no objections to the draft charge. If that is not the case, the parties shall notify the Court of their objections in their letters described above.

SO ORDERED.

Dated:    July 29, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge