UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANETTE E. AJASIN,<br><br>                                   Plaintiff,<br><br>       -against-<br><br>ANTONIO ORTIZ AND COMMUNITY COACH,<br><br>                                   Defendants. | 19-CV-06814 (JLR)(JLC)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that counsel for all remaining parties shall appear for a Final Pretrial Conference on **September 28, 2022 at 10:00 AM** in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  **The Final Pretrial Conference must be attended by the attorney who will serve as principal trial counsel.**

The parties are excused from the Court's requirement of filing a Joint Pretrial Order as the Court will rely on the parties' previously filed Joint Pretrial Order at ECF No. 84.  (*See* Rochon Individual Rules at 5(A).)  The parties are also excused from filing proposed jury instructions, verdict form, and *voir dire* questions as the prior final instructions, form and questions from the prior trial will be used.  (*See id.* at 5(B).)  This can be further discussed at the Final Pretrial Conference.

The parties shall comply with the Court's requirement of submitting to the Court all documentary exhibits and demonstratives as described in Section 5(B)(iv) of this Court's Individual Rules.

The prior rulings of the Honorable Ronnie Abrams related to Motions in Limine and other evidentiary rulings shall continue to apply to the retrial.  (ECF No. 102.)

It is FURTHER ORDERED that the trial will begin on **October 11, 2022 at 9:00 AM. The trial date should be treated as a firm date.**  Counsel should immediately confirm the trial date with all witnesses. Further trial practices and protocols will be discussed at the Final Pretrial Conference.

Dated: September 21, 2022
           New York, New York

                                                                        SO ORDERED.

                                                                        _____
                                                                        JENNIFER L. ROCHON
                                                                        United States District Judge