USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JANETTE E. AJASIN,

                Plaintiff,

    v.

ANTONIO ORTIZ and COMMUNITY COACH,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

Case No.: 19-CV-6814 (RA)

RONNIE ABRAMS, United States District Judge:

After a five-day trial, the jury was unable to reach a verdict. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

| | |
|---|---|
| **Court Exhibit 1:** | *Voir Dire* **Questionnaire** |
| **Court Exhibit 2:** | **Jury Draft Charge** |
| **Court Exhibit 3:** | **Jury Charge** |
| **Court Exhibit 4:** | **Jury Note** |
| **Court Exhibit 5:** | **Jury Note** |
| **Court Exhibit 6:** | **Jury Note** |
| **Court Exhibit 7:** | **Jury Note** |
| **Court Exhibit 8:** | **Jury Note** |
| **Court Exhibit 9:** | **Jury Note/Redacted Roth testimony** |
| **Court Exhibit 10:** | **Jury Note** |
| **Court Exhibit 11:** | **Jury Note** |

SO ORDERED.

Dated:   September 26, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge